United States District Court
Southern District of Texas

**ENTERED**

January 05, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARSHA K. EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-3209 |
| | § | |
| PRUDENTIAL INS. CO. OF AM., | § | |
| | § | |
| Defendant. | § | |

**AMENDED SCHEDULING AND DOCKET CONTROL ORDER**

The unopposed motion for a 21-day extension filed by Prudential Insurance Company of America, (Docket Entry No. 20), is granted.  The disposition of this case will be controlled by the following schedule:

1.    N/A                    **MOTIONS TO ADD NEW PARTIES**
No new parties are needed.

2.    N/A                    **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
Parties filing motions for leave to amend must show good cause.

**EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
3a.   N/A                    The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b.   N/A                    The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4.    March 12, 2021         **MEDIATION**
Mediation or other form of dispute resolution must be completed by this deadline.

6.      February 12, 2021          **PRUDENTIAL TO FILE MOTION FOR SUMMARY JUDGMENT**
No dispositive motion may be filed after this date except for good cause.

7.      March 5, 2021              **EDWARDS TO FILE RESPONSE AND CROSS-MOTION**
No motion may be filed after this date except for good cause.

8.      March 26, 2021            **PRUDENTIAL TO FILE RESPONSE TO CROSS-MOTION**

9.      April 2, 2021              **ORAL ARGUMENT ON DISPOSITIVE MOTIONS**
Oral argument will be held at 9:30 a.m.

Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on January 5, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge